**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  **Michael L. Torrence, Sr.** | ) | Chapter 13 |
| **Nicole S. Torrence** | ) | |
| Debtors | ) | No. 19-17154-ELF |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                              /s/David M. Offen
                                              David M. Offen
                                              Attorney for Debtor(s)

**Date:2/21/20**