# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-17154-ELF

MICHAEL L TORRENCE, SR.
NICOLE TORRENCE
1420 N. FELTON STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL L TORRENCE, SR.
    NICOLE TORRENCE
    1420 N. FELTON STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 3/25/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee