```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE                        :    CHAPTER 13
                                :
   Michael L Torrence, Sr.      :
   Nicole S Torrence            :    No. 19-17154-ELF
     Debtors                    :
```

O R D E R

AND NOW, this  29th  day of  April , 2020, it is hereby Ordered that the Wage Order at #21 on the docket in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Michael L Torrence, Sr.

Nicole S Torrence

Payroll Controller
Independent Physician Management
51 Valley Stream Parkway
Malvern, PA 19355