United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael L Torrence, Sr.  
Nicole S Torrence  
    Debtors

Case No. 19-17154-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 29, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.  
db/jdb        +Michael L Torrence, Sr.,    Nicole S Torrence,    1420 N. Felton Street,    Philadelphia, PA 19151-3805  
                +Independent Physician Management,    51 Valley Stream Parkway,    Malvern, PA 19355-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:  
            DAVID M. OFFEN     on behalf of Debtor Michael L Torrence, Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
            DAVID M. OFFEN     on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
            MARY JACQUELINE LARKIN     on behalf of Creditor     Forge Credit Union mjlarkin@ohaganmeyer.com, jpitner@ohaganmeyer.com  
            REBECCA ANN SOLARZ     on behalf of Creditor     Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
            United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                            TOTAL: 6

```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE                      :    CHAPTER 13
                                :
     Michael L Torrence, Sr.    :
     Nicole S Torrence          :    No. 19-17154-ELF
      Debtors                   :
```

O R D E R

AND NOW, this  29th  day of  April , 2020, it is hereby Ordered that the Wage Order at #21 on the docket in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Michael L Torrence, Sr.

Nicole S Torrence

Payroll Controller
Independent Physician Management
51 Valley Stream Parkway
Malvern, PA 19355