IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :      Chapter 13

Michael L Torrence, Sr.                  :      Case No. 19-17154-pmm
xxx-xx-0739
     Debtor

ORDER

AND NOW, this 5th day of December, 2024, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE