United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-17154-pmm
Michael L Torrence, Sr.  Chapter 13
Nicole S Torrence
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Dec 06, 2024     Form ID: 138OBJ     Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael L Torrence, Sr., Nicole S Torrence, 1420 N. Felton Street, Philadelphia, PA 19151-3805 |
| 14421454 | | Aqua Pennsylvania, P.O. Box 70279, Philadelphia, PA 19176-0279 |
| 14421455 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 14421456 | + | Bresler Richmond Dental Center, 6801 Ridge Avenue, Philadelphia, PA 19128-2446 |
| 14421460 | + | Central Financial Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 14421462 | | Crozer Chester Medical Center, File 2170, 1801 W Olympic Blvd, Pasadena, CA 91199-2170 |
| 14421463 | + | Diversified Consultant, Dci, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14421464 | + | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14421465 | + | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14434037 | + | Forge Credit Union, c/o M. Jacqueline Larkin, Esq., OHagan Meyer, Two Logan Square, 100 N. 18th Street, Suite 700 Philadelphia, PA 19103-2765 |
| 14421468 | | Hayt, Hayt & Landau, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14421477 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 14450350 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14421484 | | Philadelphia Traffic Court, 800 Spring Garden Street, PO Box 56301, Philadelphia, PA 19130-6301 |
| 14421486 | + | Pressman & Doyle, LLC., 712 West MacDade Boulevard, Milmont Park, PA 19033-3512 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2024 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14421461 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14482355 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14421457 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 07 2024 00:55:48 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14421458 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2024 00:48:30 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14421459 | + | Email/Text: bankruptcy@cavps.com | Dec 07 2024 00:56:00 | Cavalry Investments, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 14428694 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 07 2024 00:30:55 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14421466 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 07 2024 00:31:04 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14421469 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 07 2024 00:55:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 14453425 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2024 00:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14421470 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2024 00:56:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14421471 | | Email/Text: bk@lendmarkfinancial.com | Dec 07 2024 00:55:00 | Lendmark Financial Services, 2118 Usher St, Covington, GA 30014 |
| 14429430 | | Email/Text: bk@lendmarkfinancial.com | Dec 07 2024 00:55:00 | Lendmark Financial Services LLC, 2118 Usher St NW, COVINGTON, GA 30014 |
| 14429749 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 00:29:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14421472 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 00:48:36 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14421474 | ^ | MEBN | Dec 07 2024 00:08:45 | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14421473 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2024 00:56:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14442510 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 07 2024 00:56:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14421475 | + | Email/PDF: cbp@omf.com | Dec 07 2024 00:29:57 | ONEMAIN, P.O. Box 3251, Evansville, IN 47731-3251 |
| 14421476 | + | Email/Text: blegal@phfa.org | Dec 07 2024 00:56:00 | PA Housing Finance Agency, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14421478 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 07 2024 00:55:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14421481 | ^ | MEBN | Dec 07 2024 00:08:55 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14421485 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 00:48:06 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14443678 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2024 01:09:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14454053 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 00:29:29 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14421479 | | Email/Text: bankruptcies@penncredit.com | Dec 07 2024 00:55:00 | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108 |
| 14421480 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2024 00:56:00 | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 14456593 | + | Email/Text: blegal@phfa.org | Dec 07 2024 00:56:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14452395 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2024 00:56:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14421487 | + | Email/Text: rachael@forgecu.org | Dec 07 2024 00:56:00 | Pstc Employee Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2024 | Form ID: 138OBJ | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14421488 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2024 00:29:53 | Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14435399 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2024 00:56:00 | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14421489 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2024 00:56:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14421490 | + | Email/Text: bankruptcy@sw-credit.com | Dec 07 2024 00:56:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14429424 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 07 2024 00:29:32 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14421491 | ^ | MEBN | Dec 07 2024 00:08:39 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14421492 | + | Email/Text: dbogucki@trumark.org | Dec 07 2024 00:56:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14421495 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 07 2024 00:55:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14421494 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 07 2024 00:55:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14421496 | | Email/Text: megan.harper@phila.gov | Dec 07 2024 00:56:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14421497 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 07 2024 00:30:53 | Wells Fargo Bank, N.A., P.O. Box 6995, Portland, OR 97228-6995 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14454655 | *+ | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14421467 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14421482 | *+ | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14421483 | *+ | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14421493 | *+ | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2024          Signature:      /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 06, 2024 | Form ID: 138OBJ | Total Noticed: 57

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Michael L Torrence Sr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Nicole S Torrence dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Forge Credit Union mjlarkin@vaughanmclean.com gkerns@vaughanmclean.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 68 – 61

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Michael L Torrence Sr.  )   Case No. 19−17154−pmm
     )
     )
   Nicole S Torrence  )   Chapter: 13
     )
   Debtor(s).  )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      Eastern District of Pennsylvania
      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 6, 2024            For The Court

                                     Timothy B. McGrath
                                     Clerk of Court